No. 88–912. REDGRAVE *v.* BOSTON SYMPHONY ORCHESTRA, INC. C. A. 1st Cir. Certiorari denied.

No. 88–915. TEAMSTERS LOCAL 315 *v.* UNION OIL COMPANY OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 88–918. DUCK, TRUSTEE OF THE BANKRUPTCY ESTATE OF JEWELL, ET AL. *v.* BANK OF AMERICA, N. T. & S. A.; and No. 88–934. KRUSE *v.* BANK OF AMERICA, N. T. & S. A. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–949. POST *v.* REGAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–978. D. C. TRANSIT SYSTEM, INC. *v.* WASHINGTON METROPOLITAN AREA TRANSIT COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–984. ALVAREZ *v.* TRANS WORLD AIRLINES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1071. GETER, ADMINISTRATRIX OF THE ESTATE OF GETER *v.* WILLE, SHERIFF OF PALM BEACH COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–5041. LANDES *v.* DEPARTMENT OF STATE ET AL. C. A. 3d Cir. Certiorari denied.

No. 88–5435. MOORE *v.* DUBOIS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 88–5598. CLARK ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–5617. WADLEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 88–5667. HARVEY *v.* GENERAL DYNAMICS CORP./ELECTRIC BOAT ET AL. C. A. 2d Cir. Certiorari denied.